FILED: August 20, 2025

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 24-1791
(3:23-cv-00232-JAG)

_____

GEORGE HAWKINS

      Plaintiff - Appellant

v.

GLENN YOUNGKIN, in his official capacity as Governor of Virginia; KELLY GEE, in her official capacity as Secretary of the Commonwealth of Virginia

      Defendants - Appellees

_____

O R D E R

_____

      The court grants the motion by Erika L. Maley to withdraw from further representation on appeal.

For the Court--By Direction

/s/ Nwamaka Anowi, Clerk