FILED: August 20, 2025

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 24-1791
(3:23-cv-00232-JAG)

_____

GEORGE HAWKINS

       Plaintiff - Appellant

v.

GLENN YOUNGKIN, in his official capacity as Governor of Virginia; KELLY GEE, in her official capacity as Secretary of the Commonwealth of Virginia

       Defendants - Appellees

_____

J U D G M E N T

_____

In accordance with the decision of this court, the judgment of the district court is affirmed.

This judgment shall take effect upon issuance of this court's mandate in accordance with Fed. R. App. P. 41.

                                        /s/ NWAMAKA ANOWI, CLERK